**NORSK HYDRO CANADA INC., Plaintiff,**

v.

**The UNITED STATES, Defendant**

and

**US Magnesium LLC.**

Slip Op. 06–99.
Court No. 05–000585.

United States Court of International Trade.

June 30, 2006.

OPINION

POGUE, Judge.

Defendant and Defendant–Intervenor move to dismiss Counts II–IV of Plaintiff's

complaint under USCIT R. 12(b)(1) and 12(b)(5) for the reasons this court rejected in *Norsk Hydro Canada Inc. v. United States*, 28 CIT ——, 350 F.Supp.2d 1172 (2004) (addressing a prior administrative review). Because the court has, in that prior decision, decided the question at issue here, the motions are denied.